## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Washington

Case Number: 3:19-CV-05086-DWC

Plaintiff:
**ALLEN TAYLOR**

vs.

Defendant:
**ALORE LLC.**

Received by PREFERRED PROCESS SERVERS, LLC. to be served on **ALORE LLC. c/o CORPORATION SERVICE COMPANY, 1127 BROADWAY STREET NE, SUITE 310, SALEM, OR 97301**.

I, Karlene Gander, do hereby affirm that on the **12th day of February, 2019** at **12:05 pm, I:**

Served **ALORE LLC. c/o CORPORATION SERVICE COMPANY** pursuant to ORCP 7D(3)(b) by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet** to **SHARON WALLS, SERVICE OF PROCESS TECHNICIAN**, person in charge of the office who is authorized to accept service at **1127 BROADWAY STREET NE, SUITE 310, SALEM, OR 97301**.

I certify that I was and now am a competent person, over the age of 18 years, and a resident of the State of Oregon or the state of service. I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise and I know that the person, firm or corporation served is the identical one named in the action.

I also certify that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

**Karlene Gander**
Process Server

**PREFERRED PROCESS SERVERS, LLC.**
167 High Street S.E.
P.O. Box 846
Salem, OR 97308-0846
(503) 990-6637

Our Job Serial Number: PAT-2019000431

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2p

